# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1412. DEMETRIUS TYRONE WICKER v. THE STATE.**

Demetrius Tyrone Wicker was convicted of burglary in the first degree, battery, and criminal trespass, and this Court affirmed his convictions in an unpublished opinion. See *Wicker v. State*, Case No. A19A1876 (Jan. 7, 2020). In December 2021, Wicker filed multiple pro se motions, seeking various forms of relief. In January 2022, the trial court denied his motions, and Wicker filed both an application for discretionary review and a notice of appeal from the trial court's order. We dismissed Wicker's application because filing post-conviction motions seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial of such motions must be dismissed. See A22D0265 (Mar. 14, 2022). This is the direct appeal from the January 2022 order. We lack jurisdiction.

Because we dismissed Wicker's discretionary application seeking review of the same order, the doctrine of res judicata bars him from seeking further appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum.") (punctuation omitted).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __01/19/2023__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*